■ PEDRO GONZALEZ et al., Plaintiffs, v AMERICAN LAUNDRY MACHINERY COMPANY, Defendant and Third-Party Plaintiff-Respondent-Appellant. DEPARTMENT OF HOSPITALS, Third-Party Defendant-Appellant-Respondent.— Order and resettled judgment (one paper), Supreme Court, Bronx County, entered on or about August 4, 1977, unanimously affirmed, without costs and without disbursements. Appeal on behalf of defendant and third-party plaintiff-respondent-appellant *withdrawn at time of oral argument.* No opinion. Concur—Birns, J. P., Silverman, Evans, Fein and Sullivan, JJ.

■ NANCY A. RUCKER, Appellant, v THOMAS F. ROCHE, as Chairman of the New York City Civil Service Commission, et al., Respondents.—Judgment, Supreme Court, New York County, entered on January 9, 1978, unanimously affirmed for the reasons stated by Asch, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Silverman, Fein, Lane and Sullivan, JJ.